Santiago MARTINEZ, Appellant,

v.

The STATE of Texas, Appellee.

No. 27702.

Court of Criminal Appeals of Texas.

Oct. 19, 1955.

Noe Garza, Corpus Christi, for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

DAVIDSON, Judge.

This is a conviction for murder, with punishment assessed at ten years in the penitentiary.

This case is before us without a statement of facts.

A bill of exception appearing in the record complains of the trial court's charge on self-defense.

 Not having the facts before us, we are in no position to pass upon the question presented. For aught this court knows, the facts fully sustained and justified the charge, as given. The rulings of a trial court are presumed to be correct until the contrary is shown.

The judgment is affirmed.